UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY CONKLIN, D.O., an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON MEDICINE, et al.<br><br>Defendants. | No. 2:18-cv-00090<br><br>STIPULATED MOTION TO EXTEND THE DEADLINE FOR CERTAIN DEFENDANTS TO RESPOND TO THE COMPLAINT AND ~~PROPOSED~~ ORDER<br><br>Noted for: February 8, 2018 |

Defendants named as University of Washington Medicine, UW Medicine/NW, University of Washington Medical Center, University of Washington School of Medicine, Paul Ramsey, M.D., Lester Permut, M.D., Seattle Children's Hospital, Children's University Medical Group, and Mary Bridge Children's Foundation (collectively "Provider Defendants"), together with Plaintiff Jeremy Conklin, D.O., by and through their respective counsel, hereby stipulate and move as follows:

1. On January 22, 2018, Plaintiff filed a complaint in this action against numerous defendants, including the Provider Defendants. The Provider Defendants were served on various dates after the Complaint was served.

2. The Provider Defendants requested and Plaintiff agreed to an extension of the deadline to respond to the complaint to April 2, 2018.

STIP. MOT. EXTEND DEADLINE RESPOND TO COMPLAINT
(2:18-cv-00090) - 1
4833-1772-8348v.1 0050033-001603

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

THEREFORE, Plaintiff and the Provider Defendants stipulate and agree to extend the deadline for the Provider Defendants to respond to the Complaint to April 2, 2018, and request the Court enter the subjoined order pursuant to this stipulation.

STIPULATED to this 8th day of February, 2018.

HKM Employment Attorneys, LLP
*Attorneys for Plaintiff Jeremy Conklin, D.O.*

By */s/ Kristi Favard*
   Kristi Favard, WSBA No. 34419
   kfavard@hkm.com
   HKM Employment Attorneys, LLP
   600 Stewart Street, Suite 901
   Seattle, WA 98101
   Phone: (206) 838-2504
   Facsimile: (206) 260-3055

Davis Wright Tremaine LLP
*Attorneys for Defendants named as University of Washington Medicine, UW Medicine/NW, University of Washington Medical Center, University of Washington School of Medicine, Paul Ramsey, M.D., Lester Permut, M.D., Seattle Children's Hospital, Children's University Medical Group, and Mary Bridge Children's Foundation*

By */s/ Douglas Ross*
   Douglas Ross, WSBA # 12811
   David A. Maas, WSBA # 50694
   James Harlan Corning, WSBA # 45177
   1201 Third Avenue, Suite 2200
   Seattle, WA 98101-3045
   Telephone: (206) 622-3150
   Facsimile: (206) 757-7700
   douglasross@dwt.com
   davidmaas@dwt.com
   jamescorning@dwt.com

STIP. MOT. EXTEND DEADLINE RESPOND TO COMPLAINT
(2:18-cv-00090) - 2
4833-1772-8348v.1 0050033-001603

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

[~~PROPOSED~~] ORDER

THIS MATTER came before the Court on the parties Stipulated Motion to Extend the Deadline for Certain Defendants to Respond to the Complaint. Now therefore,

IT IS HEREBY ORDERED THAT:

1. The deadline for Defendants University of Washington Medicine, UW Medicine/NW, University of Washington Medical Center, University of Washington School of Medicine, Paul Ramsey, M.D., Lester Permut, M.D., Seattle Children's Hospital, Children's University Medical Group, and Mary Bridge Children's Foundation to respond to the complaint is continued to April 2, 2018.

DATED this 9th day of Feb., 2018.

_____
The Honorable Robert S. Lasnik

Presented by:

Davis Wright Tremaine LLP
*Attorneys for Defendants named as University of Washington Medicine, UW Medicine/NW, University of Washington Medical Center, University of Washington School of Medicine, Paul Ramsey, M.D., Lester Permut, M.D., Seattle Children's Hospital, Children's University Medical Group, and Mary Bridge Children's Foundation*

By /s/ Douglas Ross
  Douglas Ross, WSBA # 12811
  David A. Maas, WSBA # 50694
  James Harlan Corning, WSBA # 45177
  1201 Third Avenue, Suite 2200
  Seattle, WA 98101-3045
  Telephone: (206) 622-3150
  Facsimile: (206) 757-7700
  douglasross@dwt.com
  davidmaas@dwt.com
  jamescorning@dwt.com

STIP. MOT. EXTEND DEADLINE RESPOND TO COMPLAINT
(2:18-cv-00090) - 3
4833-1772-8348v.1 0050033-001603

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
· Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax