The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY CONKLIN, D.O., an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON MEDICINE, et al.,<br><br>Defendants. | NO. 2:18-cv-00090<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT |

Plaintiff and defendant Accreditation Council for Graduate Medical Education ("ACGME") stipulate that ACGME's deadline to respond to the Complaint is continued to April 2, 2018.

DATED this 20th day of February, 2018.

BYRNES KELLER CROMWELL LLP

By/s/ Paul R. Taylor
   Paul R. Taylor, WSBA #14851
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Phone: (206) 622-2000
Fax: (206) 622-2522
Email: ptaylor@byrneskeller.com
Attorneys for Defendant Accreditation Council
for Graduate Medical Education

HKM EMPLOYMENT ATTORNEYS, LLP

By/s/ Kristi Favard
   Kristi Favard, WSBA #34419
600 Stewart Street, Suite 901
Seattle, WA 98101
Phone: (206) 838-2504
Fax: (206) 260-3055
Email: kfavard@hkm.com
Attorneys for Plaintiff Jeremy Conklin

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT (NO. 2:18-CV-00090)
- 1

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000

## ORDER

Based upon the foregoing, the deadline for ACGME to respond to Plaintiff's Complaint is extended to April 2, 2018.

DATED this 21st day of February, 2018.

_____
Honorable Robert S. Lasnik

Presented by:

BYRNES KELLER CROMWELL LLP

By /s/ Paul R. Taylor
Paul R. Taylor, WSBA #14851
1000 Second Avenue, 38th Floor
Seattle, WA 98104
Phone: (206) 622-2000
Fax: (206) 622-2522
Email: ptaylor@byrneskeller.com
nryanlang@byrneskeller.com
Attorneys for Defendant Accreditation Council for Graduate Medical Education

HKM EMPLOYMENT ATTORNEYS, LLP


By/s/ Kristi Favard
    Kristi Favard, WSBA #34419
600 Stewart Street, Suite 901
Seattle, WA 98101
Phone: (206) 838-2504
Fax: (206) 260-3055
Email: kfavard@hkm.com
Attorneys for Plaintiff Jeremy Conklin

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT (NO. 2:18-CV-00090)
- 2

BYRNES • KELLER • CROMWELL LLP
38TH FLOOR
1000 SECOND AVENUE
SEATTLE, WASHINGTON 98104
(206) 622-2000