The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY CONKLIN, D.O., an individual,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>UNIVERSITY OF WASHINGTON MEDICINE, et al,<br><br>　　　　　　　　Defendants. | No. 2:18-cv-00090-RSL<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT |

　　　Plaintiff Jeremy Conklin and defendant American Board of Thoracic Surgery, Inc. ("ABTS") stipulate that the deadline for ABTS to respond to the Complaint is continued to April 2, 2018.

　　　DATED this 22nd day of February, 2018.

STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT - 1
Case No. 2:18-cv-00090-RSL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

52968104.1

| | |
|---|---|
| FOSTER PEPPER PLLC<br><br>s/Michael K. Vaska<br>s/Rylan L.S. Weythman<br>s/Devra R. Cohen<br>Michael K. Vaska, WSBA #15438<br>Rylan L.S. Weythman, WSBA #45352<br>Devra R. Cohen, WSBA #49952<br>1111 Third Avenue, Suite 3000<br>Seattle, Washington 98101-3292<br>Telephone: (206) 447-4400<br>Facsimile: (206) 447-9700<br>Email: mike.vaska@foster.com<br>        rylan.weythman@foster.com<br>        devra.cohen@foster.com<br>*Attorneys for Defendant American Board of Thoracic Surgery, Inc.* | HKM EMPLOYMENT ATTORNEYS, LLP<br><br>s/ Kristi Favard<br>Kristi Favard, WSBA #34419<br>600 Stewart Street, Suite 901<br>Seattle, WA 98101<br>Phone: (206) 838-2504<br>Fax: (206) 260-3055<br>Email: kfavard@hkm.com<br>*Attorney for Plaintiff Jeremy Conklin* |

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT - 2
Case No. 2:18-cv-00090-RSL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

52968104.1

## ORDER

Based upon the foregoing, the deadline for ABTS to respond to Plaintiff's Complaint is extended to April 2, 2018.

DATED this 23rd day of February, 2018.

*/s/ Robert S. Lasnik*
Honorable Robert S. Lasnik

Presented by:

FOSTER PEPPER PLLC

s/*Michael K. Vaska*
s/*Rylan L.S. Weythman*
s/*Devra R. Cohen*
Michael K. Vaska, WSBA #15438
Rylan L.S. Weythman, WSBA #45352
Devra R. Cohen, WSBA #49952
1111 Third Avenue, Suite 3000
Seattle, Washington 98101-3292
Telephone: (206) 447-4400
Facsimile: (206) 447-9700
Email: mike.vaska@foster.com
    rylan.weythman@foster.com
    devra.cohen@foster.com
*Attorneys for Defendant American Board of Thoracic Surgery, Inc.*


HKM EMPLOYMENT ATTORNEYS, LLP

s/ *Kristi Favard*
Kristi Favard, WSBA #34419
600 Stewart Street, Suite 901
Seattle, WA 98101
Phone: (206) 838-2504
Fax: (206) 260-3055
Email: kfavard@hkm.com
*Attorney for Plaintiff Jeremy Conklin*

STIPULATION AND [PROPOSED] ORDER EXTENDING
DEADLINE TO RESPOND TO COMPLAINT - 3
Case No. 2:18-cv-00090-RSL

FOSTER PEPPER PLLC
1111 THIRD AVENUE, SUITE 3000
SEATTLE, WASHINGTON 98101-3292
PHONE (206) 447-4400  FAX (206) 447-9700

52968104.1