The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY CONKLIN, D.O., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF WASHINGTON MEDICINE, a Washington public health system; UW MEDICINE/NW, a Washington public benefit corporation; UNIVERSITY OF WASHINGTON MEDICAL CENTER, a Washington public hospital; UNIVERSITY OF WASHINGTON SCHOOL OF MEDICINE, a Washington public educational institution; PAUL RAMSEY, M.D., in his official capacity and individually; LESTER PERMUT, M.D., in his official capacity and individually; SEATTLE CHILDREN'S HOSPITAL, a Washington non-profit corporation; CHILDREN'S UNIVERSITY MEDICAL GROUP, a Washington pediatric group; MARY BRIDGE CHILDREN'S FOUNDATION, a Washington public benefit corporation; AMERICAN BOARD OF THORACIC SURGERY, INC., an Illinois non-profit corporation; THORACIC SURGERY DIRECTORS ASSOCIATION, INC., a North Carolina non-profit corporation; and ACCREDITATION COUNCIL FOR GRADUATE MEDICAL | NO. 2:18-cv-00090-RSL<br><br>STIPULATION AND [PROPOSED] ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT THORACIC SURGERY DIRECTORS ASSOCIATION, INC.<br><br>NOTE ON MOTION CALENDAR:<br>February 22, 2018 |

STIPULATION AND [PROPOSED] ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL (2:18-cv-00090-RSL)

- 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Stip and Order of Withdrawal.docx/022218 1512/9998-0043

EDUCATION, an Illinois non-profit corporation,

Defendants.

Pursuant to LCR 83.2(b)(1), Plaintiff Jeremy Conklin, D.O. and Defendant Thoracic Surgery Directors Association, Inc. ("TSDA"), through their respective counsel, hereby stipulate and move the Court for an order allowing the withdrawal and substitution of counsel as outlined below.

## I. STIPULATION

Plaintiff and TSDA stipulate and agree as follows:

1. TSDA is currently represented by William F. Cronin and Kristina Markosova of Corr Cronin Michelson Baumgardner Fogg & Moore LLP. William F. Cronin and Kristina Markosova request leave to withdraw as counsel for TSDA pursuant to LCR 83.2(b)(1).

2. TSDA has retained James D. Nelson, Shaina R. Johnson, and Natalie A. Moore of Betts, Patterson & Mines, P.S. to represent it in this matter. James D. Nelson, Shaina R. Johnson, and Natalie A. Moore request that they be substituted as counsel for TSDA pursuant to LCR 83.2(b)(1).

STIPULATION AND [PROPOSED] ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL (2:18-cv-00090-RSL) - 2 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Stip and Order of Withdrawal.docx/022218 1512/9998-0043

DATED this 22nd day of February, 2018.

| HKM EMPLOYMENT ATTORNEYS, LLP | BETTS, PATTERSON & MINES, P.S. |
|---|---|
| By/s/*Kristi Favard* [per email authorization]<br>   Kristi Favard, WSBA #34419<br>HKM Employment Attorneys, LLP<br>600 Stewart Street, Ste. 901<br>Seattle, WA 98101<br>Tel.:  (206) 838-2504<br>Fax:  (206) 260-3055<br>E-mail: kfavard@hkm.com<br>Attorneys for Plaintiff | By/s/*James D. Nelson*<br>By/s/*Shaina R. Johnson*<br>By/s/*Natalie A. Moore*<br>   James D. Nelson, WSBA #11134<br>   Shaina R. Johnson, WSBA #46079<br>   Natalie A. Moore, WSBA #45333<br>Betts, Patterson & Mines P.S.<br>One Convention Place, Suite 1400<br>701 Pike Street<br>Seattle, WA 98101-3927<br>Tel.:  (206) 292-9988<br>Fax:  (206) 343-7053<br>E-mail: jnelson@bpmlaw.com<br>E-mail: sjohnson@bpmlaw.com<br>E-mail: nmoore@bpmlaw.com<br>Substituting Attorneys for Defendant<br>Thoracic Surgery Directors Association, Inc. |

CORR CRONIN MICHELSON
BAUMGARDNER FOGG & MOORE LLP

By/s/*William F. Cronin* [per email authorization]
By/s/*Kristina Markosova* [per email authorization]
   William F. Cronin, WSBA #08667
   Kristina Markosova, WSBA #47924
1001 Fourth Avenue, Ste. 3900
Seattle, WA 98154
Tel.:  (206) 625-8600
Fax:  (206) 625-0900
E-mail: wcronin@corrcronin.com
E-mail: kmarkosova@corrcronin.com
Withdrawing Attorneys for Defendant
Thoracic Surgery Directors Association, Inc.

STIPULATION AND [PROPOSED] ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL (2:18-cv-00090-RSL) - 3 -

Stip and Order of Withdrawal.docx/022218 1512/9998-0043

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

## II. ORDER

The Court approves the above stipulation and orders as follows:

1. William F. Cronin and Kristina Markosova of Corr Cronin Michelson Baumgardner Fogg & Moore LLP are granted leave to withdraw as counsel for Thoracic Surgery Directors Association, Inc.

2. James D. Nelson, Shaina R. Johnson, and Natalie A. Moore of Betts, Patterson & Mines, P.S. are hereby substituted as counsel for Thoracic Surgery Directors Association, Inc.

DATED this 23rd day of Feb., 2018

_____
UNITED STATES DISTRICT JUDGE

Lodged by:

BETTS, PATTERSON & MINES, P.S.

By/s/*James D. Nelson*
By/s/*Shaina R. Johnson*
By/s/*Natalie A. Moore*
   James D. Nelson, WSBA #11134
   Shaina R. Johnson, WSBA #46079
   Natalie A. Moore, WSBA #45333
Betts, Patterson & Mines P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927
Telephone: (206) 292-9988
Facsimile: (206) 343-7053
E-mail: jnelson@bpmlaw.com
E-mail: sjohnson@bpmlaw.com
E-mail: nmoore@bpmlaw.com
Substituting Attorneys for Defendant Thoracic Surgery Directors Association, Inc.

STIPULATION AND [PROPOSED] ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL (2:18-cv-00090-RSL) - 4 -

Stip and Order of Withdrawal.docx/022218 1512/9998-0043

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Approved for entry by:

| HKM EMPLOYMENT ATTORNEYS, LLP | CORR CRONIN MICHELSON BAUMGARDNER FOGG & MOORE LLP |
|---|---|
| By/s/*Kristi Favard* [per email authorization]<br>　Kristi Favard, WSBA #34419<br>HKM Employment Attorneys, LLP<br>600 Stewart Street, Ste. 901<br>Seattle, WA 98101<br>Tel.:　(206) 838-2504<br>Fax:　(206) 260-3055<br>E-mail: kfavard@hkm.com<br>Attorneys for Plaintiff | By/s/*William F. Cronin* [per email authorization]<br>By/s/*Kristina Markosova* [per email authorization]<br>　William F. Cronin, WSBA #08667<br>　Kristina Markosova, WSBA #47924<br>1001 Fourth Avenue, Ste. 3900<br>Seattle, WA 98154<br>Tel.:　(206) 625-8600<br>Fax:　(206) 625-0900<br>E-mail: wcronin@corrcronin.com<br>E-mail: kmarkosova@corrcronin.com<br>Withdrawing Attorneys for Defendant<br>Thoracic Surgery Directors Association, Inc. |

STIPULATION AND [PROPOSED] ORDER OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL (2:18-cv-00090-RSL)

- 5 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Stip and Order of Withdrawal.docx/022218 1512/9998-0043