The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEREMY CONKLIN, D.O., an individual,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSITY OF WASHINGTON MEDICINE, a Washington public health system; UW MEDICINE/NW, a Washington public benefit corporation; UNIVERSITY OF WASHINGTON MEDICAL CENTER, a Washington public hospital; UNIVERSITY OF WASHINGTON SCHOOL OF MEDICINE, a Washington public educational institution; PAUL RAMSEY, M.D., in his official capacity and individually; LESTER PERMUT, M.D., in his official capacity and individually; SEATTLE CHILDREN'S HOSPITAL, a Washington non-profit corporation; CHILDREN'S UNIVERSITY MEDICAL GROUP, a Washington pediatric group; MARY BRIDGE CHILDREN'S FOUNDATION, a Washington public benefit corporation; AMERICAN BOARD OF THORACIC SURGERY, INC., an Illinois non-profit corporation; THORACIC SURGERY DIRECTORS ASSOCIATION, INC., a North Carolina non-profit corporation; and ACCREDITATION COUNCIL FOR GRADUATE MEDICAL | NO. 2:18-cv-00090-RSL<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT THORACIC SURGERY DIRECTORS ASSOCIATION, INC. TO FILE RESPONSIVE PLEADING<br><br>NOTE ON MOTION CALENDAR:<br>February 23, 2018 |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THORACIC SURGERY DIRECTORS ASSOCIATION TO FILE RESPONSIVE PLEADING (2:18-cv-00090-RSL)

- 1 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

| | |
|---|---|
| EDUCATION, an Illinois non-profit corporation, | |
| Defendants. | |

Defendant Thoracic Surgery Directors Association, Inc. ("TSDA") and Plaintiff Jeremy Conklin, D.O., by and through their counsel of record, hereby stipulate and agree that the deadline for Defendant TSDA to file a responsive pleading be extended to April 2, 2018 and request that the Court enter the proposed order consistent with this stipulation.

Respectfully submitted this 23rd day of February, 2018.

HKM EMPLOYMENT ATTORNEYS, LLP

By /s/Kristi Favard *[per email authorization]*
   Kristi Favard, WSBA #34419
HKM Employment Attorneys, LLP
600 Stewart Street, Ste. 901
Seattle, WA 98101
Tel.: (206) 838-2504
Fax: (206) 260-3055
E-mail: kfavard@hkm.com
Attorneys for Plaintiff

Respectfully submitted this 23rd day of February, 2018.

BETTS, PATTERSON & MINES, P.S.

By /s/James D. Nelson
By /s/Shaina R. Johnson
By /s/Natalie A. Moore
   James D. Nelson, WSBA #11134
   Shaina R. Johnson, WSBA #46079
   Natalie A. Moore, WSBA #45333
Betts, Patterson & Mines P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927
Tel.: (206) 292-9988
Fax: (206) 343-7053
E-mail: jnelson@bpmlaw.com
E-mail: sjohnson@bpmlaw.com
E-mail: nmoore@bpmlaw.com
Attorneys for Defendant Thoracic Surgery Directors Association, Inc.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THORACIC SURGERY DIRECTORS ASSOCIATION TO FILE RESPONSIVE PLEADING (2:18-cv-00090-RSL)

- 2 -

Betts Patterson Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Stipulation and [Proposed] Order Extending Time for Defendant Thoracic Surgery Directors Association, Inc. to File Responsive Pleading.docx/022318 1631/9998-0043

ORDER

IT IS SO ORDERED.

DATED this 1st day of March, 2018

/s/ MS Lasnik
UNITED STATES DISTRICT JUDGE

Lodged by:
BETTS, PATTERSON & MINES, P.S.

By /s/James D. Nelson
By /s/Shaina R. Johnson
By /s/Natalie A. Moore
   James D. Nelson, WSBA #11134
   Shaina R. Johnson, WSBA #46079
   Natalie A. Moore, WSBA #45333
Betts, Patterson & Mines P.S.
One Convention Place, Suite 1400
701 Pike Street
Seattle, WA 98101-3927
Telephone:  (206) 292-9988
Facsimile:  (206) 343-7053
E-mail: jnelson@bpmlaw.com
E-mail: sjohnson@bpmlaw.com
E-mail: nmoore@bpmlaw.com
Attorneys for Defendant Thoracic Surgery Directors Association, Inc.

Approved for entry by:
HKM EMPLOYMENT ATTORNEYS, LLP

By /s/Kristi Favard [per email authorization]
   Kristi Favard, WSBA #34419
HKM Employment Attorneys, LLP
600 Stewart Street, Ste. 901
Seattle, WA 98101
Tel.:  (206) 838-2504
Fax:  (206) 260-3055
E-mail: kfavard@hkm.com
Attorneys for Plaintiff

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR THORACIC SURGERY DIRECTORS ASSOCIATION TO FILE RESPONSIVE PLEADING (2:18-cv-00090-RSL)

- 3 -

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

Stipulation and [Proposed] Order Extending Time for Defendant Thoracic Surgery Directors Association, Inc. to File Responsive Pleading.docx/022318 1631/9998-0043