The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY CONKLIN, D.O., an individual,

Plaintiff,

v.

UNIVERSITY OF WASHINGTON
MEDICINE, a Washington public health
system, et al.,

Defendants.

No. 2:18-cv-00090 RSL

**STIPULATION AND ORDER
DISMISSING CLAIMS AGAINST
MARY BRIDGE CHILDREN'S
FOUNDATION**

## I.    STIPULATION

Plaintiff Jeremey Conklin, D.O. and Defendant Mary Bridge Children's Foundation, by

and through their attorneys of record, hereby stipulate to dismissal of the claims against Mary

Bridge Children's Foundation without prejudice, and each party to bear its own costs and fees.

IT IS SO STIPULATED.

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

1    DATED this 13th day of March, 2018.

2

3    HKM EMPLOYMENT ATTORNEYS LLP          DAVIS WRIGHT TREMAINE LLP

4

5    /s/ Kristi Favard                     /s/ David Maas
     Kristi Favard , WSBA #34419           Douglas C. Ross, WSBA #12811
6    600 Stewart Street, Ste 901           David Maas, WSBA #50694
     Seattle, WA 98101                     James Corning, WSBA #45177
7    Telephone:     (206) 972-6858         1201 Third Avenue, Suite 2200
     Email: kfavard@hkm.com                Seattle, WA  98101-3045
8                                          Telephone:     (206) 622-3150
     Attorneys for Plaintiff               Email:  douglasross@dwt.com
9                                                  davidmaas@dwt.com
                                                   jamescorning@dwt.com
10
                                           Attorneys for Defendants University of
11                                         Washington Medicine,, UW Medicine/NW,
                                           University of Washington Medical Center,
12                                         University of Washington School of Medicine,
                                           Paul Ramsey, M.D., Lester Permut, M.D., Seattle
13                                         Children's Hospital, Children's University
                                           Medical Group, Mary Bridge Children's
14                                         Foundation

15                          **II.    ORDER**

16        Pursuant to the foregoing stipulation, it is hereby ORDERED that all claims against

17   Mary Bridge Children's Foundation are hereby dismissed without prejudice.

18        DATED this 20th day of March, 2018.

19

20

21                                         Robert S. Lasnik
22                                         United States District Judge

23

24

25

26

27   STIPULATION AND ORDER DISMISSING CLAIMS AGAINST
     MARY BRIDGE CHILDREN'S FOUNDATION - 2
     (No. 2:18-cv-00090-RSL)