The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY CONKLIN, D.O., an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON MEDICINE, et al.<br><br>Defendants. | No. 2:18-cv-00090<br><br>STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE ON MOTIONS TO DISMISS<br><br>**[Clerk's Action Required]** |

## **STIPULATION**

All parties, by and through their respective counsel, hereby stipulate and agree that the deadline for defendants to respond to Plaintiff's Amended Complaint filed on March 12, 2018 (Dkt. 44) is continued to April 26, 2018, and the following briefing schedule shall apply to any motions to dismiss the Amended Complaint pursuant to Federal Rule of Civil Procedure 12, which will be noted for May 25, 2018:

- Opening briefs due: April 26, 2018
- Response briefs due: May 17, 2018
- Reply briefs due: May 25, 2018.

STIP. EXTENDING DEADLINE FOR RESPONSES TO AM. COMPL. - 1
(No. 2:18-cv-00090-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

STIPULATED to this 14th day of March, 2018.

| HKM EMPLOYMENT ATTORNEYS LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| /s/ Kristi Favard<br>Kristi Favard , WSBA #34419<br>600 Stewart Street, Ste 901<br>Seattle, WA 98101<br>Telephone: (206) 972-6858<br>Email: kfavard@hkm.com<br><br>*Attorneys for Plaintiff* | /s/ David A. Maas<br>Douglas C. Ross, WSBA #12811<br>David Maas, WSBA #50694<br>James Corning, WSBA #45177<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Telephone: (206) 622-3150<br>Email: douglasross@dwt.com<br>davidmaas@dwt.com<br>jamescorning@dwt.com<br><br>*Attorneys for Defendants University of Washington Medicine,, UW Medicine/NW, University of Washington Medical Center, University of Washington School of Medicine, Paul Ramsey, M.D., Lester Permut, M.D., Seattle Children's Hospital, Children's University Medical Group, Mary Bridge Children's Foundation* |

STIP. EXTENDING DEADLINE FOR RESPONSES TO AM. COMPL. - 2
(No. 2:18-cv-00090-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| BYRNES KELLER CROMWELL LLP | FOSTER PEPPER LLP |
|---|---|
| /s/ Paul R. Taylor<br>Paul R. Taylor, WSBA #14851<br>Nicholas Ryan-Lang, WSBA #45826<br>1000 Second Avenue, 38th Floor<br>Seattle, WA 98104<br>Telephone: (206) 622-2000<br>Email: ptaylor@byrneskeller.com<br>        nryanlang@byrneskeller.com<br><br>*Attorneys for Defendant Accreditation Council for Graduate Medical Education* | /s/ Michael K. Vaska<br>Michael K. Vaska, WSBA #15438<br>Rylan L.S. Weythman, WSBA #45352<br>Devra R. Cohen, WSBA #49952<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>Telephone: (206) 447-4400<br>Email: mike.vaska@foster.com<br>        rylan.weythman@foster.com<br>        devra.cohen@foster.com<br><br>*Attorneys for Defendant American Board of Thoracic Surgery, Inc.* |

BETTS PATTERSON & MINES

/s/ James D. Nelson
James D. Nelson, WSBA # 11134
Natalie A. Moore, WSBA #45333
Shaina R. Johnson, WSBA # 46079
701 Pike Street, Suite 1400
Seattle, WA 98101
Telephone: (206) 343-7053
Email: jnelson@bpmlaw.com
        nmoore@bpmlaw.com
        sjohnson@bpmlaw.com

*Attorneys for Defendant Thoracic Surgery Directors Association, Inc.*

STIP. EXTENDING DEADLINE FOR RESPONSES TO AM. COMPL. - 3
(No. 2:18-cv-00090-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

## ORDER

Based on the foregoing, the deadline for defendants to respond to Plaintiff's Amended Complaint is continued to April 26, 2018, and the briefing schedule set forth above shall apply.

DATED this 20th day of March, 2018.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP

/s/ David A. Maas
Douglas C. Ross, WSBA #12811
David Maas, WSBA #50694
James Corning, WSBA #45177
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Email: douglasross@dwt.com
　　　　davidmaas@dwt.com
　　　　jamescorning@dwt.com

*Attorneys for Defendants University of Washington Medicine,, UW Medicine/NW, University of Washington Medical Center, University of Washington School of Medicine, Paul Ramsey, M.D., Lester Permut, M.D., Seattle Children's Hospital, Children's University Medical Group, Mary Bridge Children's Foundation*

STIP. EXTENDING DEADLINE FOR RESPONSES TO AM. COMPL. - 4
(No. 2:18-cv-00090-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax