The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY CONKLIN, D.O., an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSITY OF WASHINGTON MEDICINE, et al.<br><br>    Defendants. | No. 2:18-cv-00090<br><br>STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO RESPOND TO CONDUCT 26(f) CONFERENCE, SUBMIT JOINT STATUS REPORT, AND EXCHANGE INITIAL DISCLOSURES<br><br>**Clerk's Action Required** |

## **STIPULATED MOTION**

All parties, by and through their respective counsel, hereby stipulate, agree and move for an order extending the deadline for the parties to conduct a planning conference under Federal Rule of Civil Procedure 26(f), submit a joint status report pursuant to Local Rule 16(a), and exchange initial disclosures.

1. Plaintiff filed the original complaint in this case on January 22, 2018. The parties stipulated to a deadline of April 2, 2018 for responses to the complaint.

2. The first defendant appeared on February 6, 2018, which would make a joint status report pursuant Federal Rule of Civil Procedure 16 due on April 2, 2018.

STIP. EXTENDING DEADLINE FOR 26(f) CONF. & JOINT REPORT - 1
(No. 2:18-cv-00090-RSL)
4835-6132-0544v.1 0001019-000121

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

3. On March 12, 2018, Plaintiff filed an amended complaint. On March 14, 2018, all parties submitted a stipulation setting the following briefing schedule for motions to dismiss the amended complaint, which the Court approved on March 20, 2018:

- Opening briefs due: April 26, 2018
- Response briefs due: May 17, 2018
- Reply briefs due: May 25, 2018.

4. In light of Plaintiff's amended pleading and the new schedule for motions to dismiss, the parties stipulate and jointly request to extend the deadline for conducting a Rule 26(f) conference to May 4, 2018, the deadline to submit a joint report is extended to May 11, 2018, and the deadline to exchange initial disclosures is extended to May 18, 2018.

STIPULATED to this 29th day of April, 2018.

| HKM EMPLOYMENT ATTORNEYS LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| /s/ Kristi Favard<br>Kristi Favard , WSBA #34419<br>600 Stewart Street, Ste 901<br>Seattle, WA 98101<br>Telephone: (206) 972-6858<br>Email: kfavard@hkm.com<br><br>*Attorneys for Plaintiff* | /s/ David A. Maas<br>Douglas C. Ross, WSBA #12811<br>David Maas, WSBA #50694<br>James Corning, WSBA #45177<br>1201 Third Avenue, Suite 2200<br>Seattle, WA 98101-3045<br>Telephone: (206) 622-3150<br>Email: douglasross@dwt.com<br>davidmaas@dwt.com<br>jamescorning@dwt.com<br><br>*Attorneys for Defendants University of Washington Medicine,, UW Medicine/NW, University of Washington Medical Center, University of Washington School of Medicine, Paul Ramsey, M.D., Lester Permut, M.D., Seattle Children's Hospital, Children's University Medical Group* |

STIP. EXTENDING DEADLINE FOR 26(f) CONF. & JOINT REPORT - 2
(No. 2:18-cv-00090-RSL)
4835-6132-0544v.1 0001019-000121

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

| | |
|---|---|
| BYRNES KELLER CROMWELL LLP | FOSTER PEPPER LLP |
| /s/ Anita Stork<br>Anita Stork<br>Sonia Lahr-Pastor<br>Covington & Burling LLP<br>One Front Street,<br>San Francisco, CA 94111-5356<br>Telephone:1-415-591-6000<br>Email: astork@cov.com<br>       slahrpastor@cov.com<br><br>Paul R. Taylor, WSBA #14851<br>Nicholas Ryan-Lang, WSBA #45826<br>1000 Second Avenue, 38th Floor<br>Seattle, WA  98104<br>Telephone:     (206) 622-2000<br>Email: ptaylor@byrneskeller.com<br>       nryanlang@byrneskeller.com<br><br>*Attorneys for Defendant Accreditation Council for Graduate Medical Education* | /s/ Michael K. Vaska<br>Michael K. Vaska, WSBA #15438<br>Rylan L.S. Weythman, WSBA #45352<br>Devra R. Cohen, WSBA #49952<br>1111 Third Avenue, Suite 3000<br>Seattle, WA 98101<br>Telephone:     (206) 447-4400<br>Email: mike.vaska@foster.com<br>       rylan.weythman@foster.com<br>       devra.cohen@foster.com<br><br>*Attorneys for Defendant American Board of Thoracic Surgery, Inc.* |

BETTS PATTERSON & MINES

/s/ James D. Nelson
James D. Nelson, WSBA # 11134
Natalie A. Moore, WSBA #45333
Shaina R. Johnson, WSBA # 46079
701 Pike Street, Suite 1400
Seattle, WA  98101
Telephone:     (206) 343-7053
Email: jnelson@bpmlaw.com
       nmoore@bpmlaw.com
       sjohnson@bpmlaw.com

*Attorneys for Defendant Thoracic Surgery Directors Association, Inc.*

STIP. EXTENDING DEADLINE FOR 26(f) CONF. & JOINT REPORT - 3
(No. 2:18-cv-00090-RSL)
4835-6132-0544v.1 0001019-000121

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

# ORDER

Based on the foregoing, the deadline for the parties to conduct a Rule 26(f) conference is extended to May 4, 2018, the deadline for the parties to submit a joint status report pursuant to Local Rule 16 is extended to May 11, 2018, and the deadline to exchange initial disclosures is extended to May 18, 2018.

DATED this 4th day of April, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

DAVIS WRIGHT TREMAINE LLP

/s/ David A. Maas
Douglas C. Ross, WSBA #12811
David Maas, WSBA #50694
James Corning, WSBA #45177
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Email: douglasross@dwt.com
  davidmaas@dwt.com
  jamescorning@dwt.com

*Attorneys for Defendants University of Washington Medicine,, UW Medicine/NW, University of Washington Medical Center, University of Washington School of Medicine, Paul Ramsey, M.D., Lester Permut, M.D., Seattle Children's Hospital, Children's University Medical Group, Mary Bridge Children's Foundation*

STIP. EXTENDING DEADLINE FOR 26(f) CONF. & JOINT REPORT - 4
(No. 2:18-cv-00090-RSL)
4835-6132-0544v.1 0001019-000121

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax