The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY CONKLIN, D.O., an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON MEDICINE, a Washington public health system, et al.,<br><br>Defendants. | No. 2:18-cv-00090 RSL<br><br>**ORDER ON DEFENDANT UNIVERSITY OF WASHINGTON SCHOOL OF MEDICINE'S UNOPPOSED MOTION TO SEAL EXHIBIT 1 OF DECLARATION OF DR. LESTER PERMUT** |

On March 5, 2018, Defendant University of Washington School of Medicine filed an unopposed motion to seal Exhibit 1 of the Declaration of Dr. Lester Permut, M.D. The Motion pertains to an exhibit designated as confidential by Defendant. Pursuant to LCR 5(g), Defendant filed the exhibit under seal pending review by the Court. Having considered the Defendant's unopposed motion, and the applicable law, pursuant to LCR 5(g),

**IT IS HEREBY ORDERED** that the motion is:

**GRANTED.** Exhibit 1 to the Declaration of Dr. Lester Permut, M.D. shall remain under seal.

ORDER ON UW SCHOOL OF MEDICINE'S UNOPPOSED MOT. TO SEAL
(No. 2:18-cv-00090-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax

Dated this 7th day of May, 2018.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:

Davis Wright Tremaine LLP
*Attorneys for University of Washington School of Medicine*

By /s/ *David A. Maas*
Douglas C. Ross, WSBA #12811
David Maas, WSBA #50694
James Harlan Corning, WSBA #45177
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
Telephone: (206) 622-3150
Fax: (206) 757-7700
E-mail: douglasross@dwt.com
davidmaas@dwt.com
jamescorning@dwt.com

ORDER ON UW SCHOOL OF MEDICINE'S UNOPPOSED MOT. TO SEAL
(No. 2:18-cv-00090-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA 98101-3045
206.622.3150 main · 206.757.7700 fax