The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY CONKLIN, D.O., an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON MEDICINE, et al.<br><br>Defendants. | No. 2:18-cv-00090<br><br>STIPULATED MOTION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINE TO CONDUCT 26(f) CONFERENCE<br><br>**Clerk's Action Required** |

## STIPULATED MOTION

All parties, by and through their respective counsel, hereby stipulate, agree and move for an order extending the deadline for the parties to conduct a planning conference under Federal Rule of Civil Procedure 26(f). The parties had a Rule 26(f) conference scheduled for May 3, 2018, but Plaintiff's counsel had a family emergency at the time it was scheduled, and all counsel have agreed to reschedule the conference to Monday, May 7, 2018. The deadlines for the Joint Status Report and Discovery Plan, Initial Disclosures, and Answers shall remain as currently scheduled.

STIP. EXTENDING DEADLINE
FOR 26(f) CONFERENCE - 1
(No. 2:18-cv-00090-RSL)

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

## [PROPOSED] ORDER

Based on the foregoing, the deadline for the parties to conduct a Rule 26(f) conference is extended to May 7, 2018.

DATED this ___8th___ day of May 2018.

*/s/ Robert S. Lasnik*

Honorable Robert S. Lasnik
United States District Court Judge

Presented by:

HKM EMPLOYMENT ATTORNEYS LLP

*/s/ Kristi Favard*
Kristi Favard, WSBA #34419
600 Stewart Street, Ste 901
Seattle, WA 98101
Telephone:   (206) 972-6858
Email: kfavard@hkm.com

*Attorneys for Plaintiff*

STIP. EXTENDING DEADLINE
FOR 26(f) CONFERENCE - 4
(No. 2:18-cv-00090-RSL)

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

STIPULATED to this 4th day of May, 2018.

| HKM EMPLOYMENT ATTORNEYS LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| */s/ Kristi Favard* | */s/ David A. Maas* |
| Kristi Favard, WSBA #34419 | Douglas C. Ross, WSBA #12811 |
| 600 Stewart Street, Ste 901 | David Maas, WSBA #50694 |
| Seattle, WA 98101 | James Corning, WSBA #45177 |
| Telephone: (206) 972-6858 | 1201 Third Avenue, Suite 2200 |
| Email: kfavard@hkm.com | Seattle, WA 98101-3045 |
| | Telephone: (206) 622-3150 |
| *Attorneys for Plaintiff* | Email: douglasross@dwt.com |
| | davidmaas@dwt.com |
| | jamescorning@dwt.com |

*Attorneys for Defendants University of Washington Medicine, UW Medicine/NW, University of Washington Medical Center, University of Washington School of Medicine, Paul Ramsey, M.D., Lester Permut, M.D., Seattle Children's Hospital, Children's University Medical Group, Mary Bridge Children's Foundation*

STIP. EXTENDING DEADLINE
FOR 26(f) CONFERENCE - 2
(No. 2:18-cv-00090-RSL)

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504

| | |
|---|---|
| FOSTER PEPPER LLP | COVINGTON & BURLING LLP |
| /s/ Michael K. Vaska | /s/ Anita F. Stork |
| Michael K. Vaska, WSBA #15438 | One Front Street |
| Rylan L.S. Weythman, WSBA #45352 | San Francisco, CA 94111-5356 |
| Devra R. Cohen, WSBA #49952 | Tel: (415) 591-7050 |
| 1111 Third Avenue, Suite 3000 | Fax: (415) 955-6550 |
| Seattle, WA 98101 | Email: astork@cov.com |
| Telephone: (206) 447-4400 Email: mike.vaska@foster.com rylan.weythman@foster.com devra.cohen@foster.com | |
| | /s/Sonia Lahr-Pastor |
| *Attorneys for Defendant American Board of Thoracic Surgery, Inc.* | COVINGTON & BURLING LLP |
| | One CityCenter |
| | 850 10th Street NW |
| | Washington, DC 20001 |
| | Tel: (202) 662-5148 |
| BETTS, PATTERSON AND MINES | Fax: (202) 778-5148 |
| | Email: slahrpastor@cov.com |
| /s/ James D. Nelson | |
| James D. Nelson, WSBA # 11134 | /s/ Paul R. Taylor |
| Natalie A. Moore, WSBA #45333 | Paul R. Taylor |
| Shaina R. Johnson, WSBA # 46079 | Nicholas Ryan-Lang |
| 701 Pike Street, Suite 1400 | BYRNES KELLER CROMWELL LLP |
| Seattle, WA 98101 | 1000 Second Avenue, 38th Floor Seattle, WA 98104 |
| Telephone: (206) 343-7053 | Phone: (206) 622-2000 |
| Email: jnelson@bpmlaw.com nmoore@bpmlaw.com sjohnson@bpmlaw.com | Fax: (206) 622-2522 |
| | Email: ptaylor@byrneskeller.com          nryanlang@byrneskeller.com |
| *Attorneys for Defendant Thoracic Surgery Directors Association, Inc.* | |
| | *Attorneys for Defendant Accreditation Council for Graduate Medical Education* |

STIP. EXTENDING DEADLINE
FOR 26(f) CONFERENCE - 3
(No. 2:18-cv-00090-RSL)

HKM EMPLOYMENT ATTORNEYS LLP
600 Stewart Street, Suite 901
Seattle, Washington 98101
(206) 838-2504