UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JEREMY CONKLIN,

    Plaintiff,

v.

UNIVERSITY OF WASHINGTON MEDICINE, *et al.*,

    Defendants.

CASE NO. C18-0090RSL

ORDER DENYING PLAINTIFF'S MOTION TO FILE OVERLENGTH BRIEF

This matter comes before the Court on plaintiff's request for permission to file a single 48-page memorandum in opposition to the four motions to dismiss filed by various defendants. Dkt. # 94. The four motions have some overlap, but, as plaintiff recognizes, there are unique substantive arguments raised in each motion. A focused, separate response to each is a better approach than a single, omnibus memorandum. The motion for leave to file a single overlength memorandum is DENIED. Plaintiff need not repeat his statement of the facts in each responsive memorandum unless necessary to address the specific issues raised by the moving party.

Dated this 17th day of May, 2018.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING PLAINTIFF'S
MOTION TO FILE OVERLENGTH BRIEF