The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JEREMY CONKLIN, D.O., an individual,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF WASHINGTON MEDICINE, a Washington public health system, et al.,<br><br>Defendants. | No. 2:18-cv-00090 RSL<br><br>**STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING REMAINING CLAIMS WITHOUT PREJUDICE** |

## I.   STIPULATION

Plaintiff Jeremey Conklin, D.O. and Defendants named as University of Washington Medicine, UW Medicine/NW, University of Washington Medical Center, University of Washington School of Medicine (collectively "UW Defendants"), by and through their attorneys of record, hereby stipulate to dismissal of the remaining claims against the UW Defendants under the Washington Public Records Act without prejudice, and each party to bear its own costs and fees.

IT IS SO STIPULATED

STIPULATION AND [PROPOSED] ORDER VOLUNTARILY DISMISSING
PUBLIC RECORDS ACTS CLAIMS WITHOUT PREJUDICE- 1
(No. 2:18-cv-00090-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1     DATED this 1st day of March, 2019.

| HKM EMPLOYMENT ATTORNEYS LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| */s/ Kristi Favard* <br> Kristi Favard , WSBA #34419 <br> 600 Stewart Street, Ste 901 <br> Seattle, WA 98101 <br> Telephone:   (206) 972-6858 <br> Email: kfavard@hkm.com <br><br> *Attorneys for Plaintiff* | */s/ David Maas* <br> Douglas C. Ross, WSBA #12811 <br> David Maas, WSBA #50694 <br> James Corning, WSBA #45177 <br> 920 Fifth Avenue, Suite 3300 <br> Seattle, WA  98104-1610 <br> Telephone:   (206) 622-3150 <br> Email: douglasross@dwt.com <br>         davidmaas@dwt.com <br>         jamescorning@dwt.com <br><br> *Attorneys for Defendants University of Washington Medicine,, UW Medicine/NW, University of Washington Medical Center, University of Washington School of Medicine* |

## II.   ORDER

Pursuant to the foregoing stipulation, it is hereby ORDERED that all remaining claims against the UW Defendants are hereby dismissed without prejudice.

DATED this __4th__ day of March, 2019.

_____
Hon. Robert S. Lasnik
United States District Court Judge

STIPULATION AND [~~PROPOSED~~] ORDER VOLUNTARILY DISMISSING
PUBLIC RECORDS ACTS CLAIMS WITHOUT PREJUDICE- 2
(No. 2:18-cv-00090-RSL)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax